UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATALIE MASTERS | ) | |
| | ) | |
| v. | ) | No. 2:07-0003 |
| | ) | JUDGE CAMPBELL |
| TOWN OF MONTEREY, TENNESSEE | ) | |

ORDER

Pending before the Court is Defendant's Motion For Summary Judgment (Docket No. 10) filed by the Defendant. For the reasons set forth in the accompanying Memorandum, Defendant's Motion For Summary Judgment (Docket No. 10) is GRANTED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE